UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELTA TERMINAL SERVICES, LLC<br>    Plaintiff<br><br>VERSUS<br><br>DARA SHIPPING CO PTE LTD, *in personam*,<br>and the M/T AQUILA, *in rem* | CIVIL ACTION NO.<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

## **COMPLAINT FOR DAMAGES**

The Plaintiff, Delta Terminal Services, LLC, files this original Complaint for Damages and, through undersigned counsel, respectfully represent as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has jurisdiction over this action pursuant to the Admiralty Extension Act, 46 U.S.C. § 30101, and 28 U.S.C. § 1333, as this is a claim that arises under the Court's admiralty and maritime jurisdiction.

2.

Jurisdiction and venue are proper in this Court, as the incident giving rise to this litigation occurred in Harvey, Louisiana, at or about Mississippi Mile 99, which is within this District.

3.

Delta Terminal Services, LLC is a foreign limited liability company that at all relevant times owned and/or operated the Kinder Morgan Terminals bulk liquid storage terminal in Harvey, Louisiana on Mile 99 of the Mississippi River.

1

4.

Dara Shipping Co Pte Ltd ("Dara Shipping"), made a defendant herein, is a foreign corporation duly organized and operating pursuant to foreign law. Upon information and belief, at all material times, Dara Shipping was and is the registered owner of the M/T AQUILA, an oceangoing tanker bearing IMO No. 9692258, and sailing under the flag of Hong Kong.

5.

The AQUILA, made a defendant herein, is a Hong Kong flagged tanker, IMO No. 9692258. Specific to this action, on or about June 20, 2020, the AQUILA is alleged to have negligently caused damage to the Plaintiff's Harvey terminal at or about Mississippi Mile Marker 99.

6.

In exchange for refraining from arresting the AQUILA, the Plaintiff accepted a Letter of Undertaking ("LOU") conditioned on answering a judgment of this Court, thereby vesting this Court with *in rem* jurisdiction over the vessel, and agreeing that the venue for any action would be the United States District Court for the Eastern District of Louisiana. A copy of the LOU is attached hereto as "Exhibit 1."

7.

During the early morning hours of June 20, 2020, the AQUILA was commencing transfer operations of palm and coconut oil at the Delta Terminal Dock 4, at or about Mississippi River Mile Marker 99. After a vessel passed nearby, the AQUILA began to drift away from the dock. Due to the failure of the AQUILA and her crew to maintain the vessel's position during the transfer, mooring and transfer lines began to separate and break.

8.

As the AQUILA drifted away from the dock, immediate actions were taken to stop the transfer and evacuate personnel to safety.  However, an estimated 585 gallons of product escaped when the vessel broke free from its moorings and damaged the terminal facility.

9.

Along with the discharge, the AQUILA caused substantial and severe damage to the terminal facility, necessitating various repairs.

10.

Following the incident, the terminal contacted its designated OSRO to contain the spilled product, which ultimately recovered approximately 150 gallons of product from the dock and approximately 350 gallons of product from the river. Consequently, the Plaintiff incurred substantial response and/or recovery costs in responding to the incident as a result of the AQUILA's negligence and/or breach of contract. In addition to response and recovery costs, the Plaintiff incurred additional damages that include, but are not limited to, repair costs, inspection fees, and demurrage and lightering expenses.

11.

The Plaintiff suffered significant physical and economic damages directly and proximately caused by the negligence of the AQUILA, and/or breach of contract, while it was under the control and direction of its owner(s), operator(s), manager(s), and/or agent(s).  The approximate damages to the Plaintiff associated with the incident, as best as can currently be calculated, total FIVE HUNDRED FORTY-NINE THOUSAND FOUR HUNDRED SIXTY-ONE AND 79/100 DOLLARS ($549,461.79), plus interest and any other such additional damages proven at trial.  Further, the Plaintiff specifically reserves its right to amend and/or

supplement this Complaint for Damages as discovery proceeds, including its calculation of damages.

WHEREFORE, the Plaintiff, Delta Terminal Services, LLC, prays that the Defendants, Dara Shipping Co Pte Ltd and the AQUILA, be duly served with certified copies of this Complaint for Damages and cited to appear and answer this lawsuit, and that after all due proceedings, there be judgment rendered in favor of the Plaintiff in an amount not less than FIVE HUNDRED FORTY-NINE THOUSAND FOUR HUNDRED SIXTY-ONE AND 79/100 DOLLARS ($549,461.79) together with prejudgment and legal interest, all costs of this proceeding, and all other general and equitable relief that the Court deems proper.

Respectfully submitted,

s/ Patrick J. Schepens

---

TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana  70471
Telephone:  (985) 674-6680
Facsimile:   (985) 674-6681
**COUNSEL FOR DELTA TERMINAL SERVICES, LLC**